### 7595. RHODES *v.* SAVANNAH GAS COMPANY.

WADE, C. J. From the allegations in the petition it clearly appears that the proximate cause of the injury was the negligence of a fellow servant engaged with the plaintiff in performing the same work (*Whitfield* v. *L. & N. Railroad Co.*, 7 *Ga. App.* 268, 270, 66 S. E. 973, and cases there cited; *McDonald* v. *Eagle & Phenix Mfg. Co.*, 68 *Ga.* 839, 844; *Hamby* v. *Union Paper Mills Co.*, 110 *Ga.* 1, 35 S. E. 297; *Moore* v. *Dublin Cotton Mills*, 127 *Ga.* 624, 56 S. E. 839; *Studevant* v. *Blue Springs Lumber Co.*, 16 *Ga. App.* 668, 85 S. E. 977); and since the proposed amendment set up no sufficient additional facts to make a cause of action, the trial court did not err in refusing to allow the amendment and in thereafter sustaining the oral motion to dismiss the petition. *McCook* v. *Crawford*, 114 *Ga.* 337 (40 S. E. 225); *Kelly* v. *Strouse*, 116 *Ga.* 872 (43 S. E. 280); *Ridgway* v. *Bowser*, 14 *Ga. App.* 300 (80 S. E. 692).     *Judgment affirmed. George and Luke, JJ., concur.*
           DECIDED JANUARY 23, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. May 13, 1916.

*G. H. Richter,* for plaintiff. *Adams & Adams,* for defendant.